IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| Melissa Nguyen, *On behalf of herself and all others similarly situated*, | Case No. 3:17 CV 2607 |
| | <u>DISMISSAL ORDER</u> |
| Plaintiff, | JUDGE JACK ZOUHARY |
| -vs- | |
| Buckeye Transplant Services, LLC, et al., | |
| Defendants. | |

Counsel represent that this case has resolved.  Therefore, the docket is marked: "Settled and dismissed without prejudice.  Each party is to bear its own costs."

Further, any subsequent Dismissal with prejudice, or setting forth specific settlement terms and conditions, filed within thirty (30) days shall supersede this Order.  This Court also retains jurisdiction to enforce the terms of the settlement.

IT IS SO ORDERED.

        s/ *Jack Zouhary*
JACK ZOUHARY
U. S. DISTRICT JUDGE

September 12, 2018