IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| Melissa Nguyen | ) | Case No.: 3:17-cv-02607 |
| | ) | |
| Plaintiff, | ) | Judge Jack Zouhary |
| | ) | |
| vs. | ) | |
| | ) | **FINAL ORDER APPROVING** |
| Buckeye Transplant Services, LLC | ) | **CONFIDENTIAL SETTLEMENT** |
| | ) | |
| Defendants. | ) | |

This matter is before the Court on the Parties' Joint Motion for Approval of Settlement pursuant to the Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 216(b). The Joint Motion, filed under Seal, asks the Court to approve, as fair and reasonable, the proposed settlement memorialized in the Parties' Confidential Agreement of Settlement and Release ("Settlement Agreement") attached to the Joint Motion as Exhibit 1.

Having reviewed the Settlement Agreement, the accompanying Table of Individual Payments, and the other pleadings and papers filed in this Action, and for good cause established therein, the Court enters this final order approving the settlement as follows:

1. On December 14, 2017, Plaintiff Melissa Nguyen commenced this Action on behalf of herself and all similarly situated transplant coordinators. Plaintiff's Complaint alleged that Defendants violated the Fair Labor Standards Act ("FLSA"), 29 U.S.C. §§ 201-219, by misclassifying Plaintiff and other transplant coordinators as "independent contractors" and failing to pay them overtime compensation at one and

one-half times their regular rate for all hours worked in excess of forty hours per workweek.

2. Defendants answered the Complaint and denied liability or wrongdoing of any kind.

3. On March 1, 2018, the parties jointly filed with the Court a proposed stipulation for conditional certification of the case as an FLSA collective action pursuant to 29 U.S.C. § 216(b) and issuance of notice to potential opt-ins informing them of their right to join the case by submitting consent forms. The stipulation also proposed an informal exchange of evidence between the parties for the purpose of formulating and evaluating settlement positions and a temporary stay of proceedings so the parties could engage in settlement negotiations including mediation. The Court approved the stipulation, with modification, on March 2, 2018.

4. Notice was issued to current and former transplant coordinators, and the nine Opt-Ins joined the Action by submitting consent forms filed with the Court.

**5.** The informal exchange of evidence was conducted by the parties over the course of six months and included the production of extensive documents and data.

6. The parties attended a mediation in Columbus on August 31, 2018 before Mediator Frank Ray, which was unsuccessful. However, after ten days of further negotiations, the proposed settlement was reached.

7. The Court finds that the proposed Settlement is fair and reasonable and satisfies the standard for approval under the FLSA, 29 U.S.C. § 216(b). The Court

approves the Settlement Agreement and orders that it be implemented according to its terms and conditions and as directed herein.

8. The Court finds that the proposed allocations to the Plaintiff and Opt-Ins set forth in the Table of Individual Payments are fair and reasonable. The Court approves the Table and orders that such payments be distributed in the manner, and subject to the terms and conditions, set forth in the Settlement Agreement.

9. The Court finds that the proposed service award to Plaintiff Melissa Nguyen is fair and reasonable, and orders that it be distributed in the manner, and subject to the terms and conditions, set forth in the Settlement Agreement.

10. The Court approves the payment of attorneys' fees and litigation costs to Plaintiff's counsel as provided in the Settlement Agreement, and orders that such payment be made in the manner, and subject to the terms and conditions, set forth in the Settlement Agreement.

11. The Court dismisses this Action, and all claims of the Plaintiff and Opt-Ins, with prejudice. The Court finds there is no just reason for delay and directs the Clerk of the Court to enter this Final Order and Judgment Approving Settlement immediately.

12. As requested by the Parties in the Settlement Agreement, the Court retains jurisdiction over the Action to enforce the terms of the Settlement Agreement and resolve any and all disputes thereunder.

**SO ORDERED:**

Date: November 15, 2018     s/ Jack Zouhary
United States District Judge